```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 02911
   KIYA K PASSMORE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6144


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/22/06 and confirmed on 06/14/06.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $   5750.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1133.53 | .00 | 1133.53 |
| SYSTEMS & SERVICES TECH | SECURED | 5000.00 | 248.25 | 1944.97 |
| EMERGENCY CARE HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | 317.11 | .00 | .00 |
| FLEET CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 1181.66 | .00 | .00 |
| ALLIANCE ONE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| HWARFIELD | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 821.18 | .00 | .00 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | 2173.14 | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1587.13 | .00 | .00 |
| RCVL PER MNG | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 150.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2049.23 | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | 1483.82 | .00 | .00 |
| ST JAMES HOSPITAL & HEAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNION ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 712.57 | .00 | .00 |
| SYSTEMS & SERVICES TECH | UNSECURED | 237.67 | .00 | .00 |

Summary of disbursements:

```
                    SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6133.53         .00     10713.51          .00       16847.04
PRINCIPAL PAID      3078.50         .00          .00          .00        3078.50
INTEREST PAID        248.25         .00          .00          .00         248.25
TOTAL PAID          3326.75         .00          .00          .00        3326.75
```

The Debtor's attorney, THOMAS W DREXLER           , was allowed $   3000.00
and was paid $    781.00  direct and $   2219.00  through the plan.

The Trustee received $    204.25 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE